**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JOHN OLVERA** | § | |
| | § | **1:25-CV-00747-RP-SH** |
| **v.** | § | **1:23-CR-00162-RP** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |

## ORDER

Before the Court are John Olvera's four Motions for Documentation and Discovery filed between November 7, 2025 and December 15, 2025 (Dkts. 51-54).[1]

In connection with his Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (Dkt. 44), Olvera seeks copies of his Indictment, Plea Agreement, and Presentence Investigation Report; transcripts of his plea and sentencing hearings; all motions, judgments, and orders in his criminal case; the docket sheet in his criminal case; and his defense counsel's mailing address. Olvera also seeks discovery of any investigative reports prepared by the Government in his criminal case.

"A habeas petitioner, unlike the usual civil litigant in federal court, is not entitled to discovery as a matter of ordinary course." *Bracy Gramley*, 520 U.S. 899, 904 (1997). Under Rules 6(a)-(b) of the Rules governing § 2255 proceedings for the United States District Courts, "[a] judge may, for good cause, authorize a party to conduct discovery," but the "party requesting discovery must provide reasons for the request."

---

[1] The District Court referred these motions to this Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and the Court Docket Management Standing Order for the Honorable Robert Pitman.

Although the Court finds that Olvera has presented good cause for the court documents requested, he does not show good cause for the discovery of the Government's investigative reports.

Accordingly, the Court **GRANTS** Olvera's Motion for Documentation at Dkt. 52 and Motion for Disclosure of Documents at Dkt. 54 and **GRANTS IN PART and DENIES IN PART** his Motions for Documentation at Dkts. 51 and 53. The Court **DENIES** Olvera's requests for discovery of the Government's investigative reports but **GRANTS** his requests for court documents and **ORDERS** the Government to provide Olvera copies of his Indictment, Plea Agreement, and Presentence Investigation Report; transcripts of his plea and sentencing hearings; all motions, judgments, and orders in his criminal case; the docket sheet in his criminal case; and his defense counsel's mailing address.

The Court **FURTHER ORDERS** the Clerk to remove this case from this Magistrate Judge's docket and **RETURN** it to the docket of the Honorable Robert Pitman.

**SIGNED** on March 4, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

2