IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN OLVERA, | § | |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | 1:25-CV-747-RP |
| | § | [1:23-CR-162] |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the Court is Movant John Olvera's ("Olvera") Motion to Vacate, Set Aside, or

Correct pursuant to 28 U.S.C. § 2255. (Dkt. 44). The case was referred to United States Magistrate

Judge Susan Hightower for a report and recommendation pursuant to 28 U.S.C. § 636(b). Judge

Hightower filed her report and recommendation on March 4, 2026. (Dkt. 55). In her report and

recommendation, Judge Hightower recommends that the Court dismiss Olvera's motion (*Id.*). As of

the date of this order, Olvera has not filed any objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a

magistrate judge's proposed findings and recommendations within fourteen days after being served

with a copy of the report and recommendation and, in doing so, secure de novo review by the

district court. When no objections are timely filed, a district court can review the magistrate's report

and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no

timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the

face of the record in order to accept the recommendation.").

Because no party has filed timely objections, the Court reviews the report and

recommendation for clear error. Having done so and finding no clear error, the Court accepts and

adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 55), is **ADOPTED**. **IT IS ORDERED** that Olvera's Motion to Vacate, Set Aside, or Correct pursuant to 28 U.S.C. § 2255, (Dkt. 44), is **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**SIGNED** on May 18, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2